| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, ESQ.<br>California State Bar Number 207136<br>428 J Street, Suite 355<br>Sacramento, CA 95814<br>(916) 443-8055<br><br>Attorney for Reza Hossnieh | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REZA HOSSNIEH,<br><br>    Defendant. | Cas No.: 08-271 MCE<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>Date:   May 2, 2013<br>Time:  9:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Lee Bickley, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for REZA HOSSNIEH, that the revocation hearing scheduled for May 2, 2013, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 13, 2013, at 9:00 a.m. Defense counsel requires additional time to investigate issues that have arisen in speaking with Mr. Hossnieh. The parties are in agreement that the additional time requested is appropriate. It is anticipated that at the next court date, the parties will be prepared to resolve the matter.

//
//
//
//

1

| | | |
|---|---|---|
| DATED: April 30, 2013 | /S/ Lee Bickley | |

LEE BICKLEY
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Reza Hossnieh

**ORDER**

The revocation hearing in the above-entitled matter, scheduled for May 2, 2013, at 9:00 a.m., be vacated and the matter continued to June 13, 2013, at 9:00 a.m.

IT IS SO ORDERED.

DATE: May 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT