Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REZA HOSSNIEH,<br><br>　　　　Defendant | No. 2:08-cr-00271 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE REVOCATION OF SUPERVISED RELEASE |

A status conference is presently set on June 27, 2013 concerning revocation of supervised release. The parties hereby stipulate that the status conference be continued to July 18, 2013 at 9:00 a.m. The purpose of said continuance is to afford defense counsel additional time to prepare and to meet with Mr. Hossnieh.

DATED: June 24, 2011　　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　defendant, Hossnieh

DATED: June 24, 2011　　　　　　　　　　/s/ Lee Bickley, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　for the government

1

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the status conference concerning violation of supervised release shall be continued to July 18, 2013 at 9:00 a.m., and that the previously scheduled status conference for June 27, 2013 be vacated.

DATED: June 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT