Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REZA HOSSNIEH,<br><br>　　　　Defendant | No. 08-cr-00271 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE REVOCATION OF SUPERVISED RELEASE |

A status conference is presently set on July 18, 2013 concerning revocation of supervised release. The parties hereby stipulate that the status conference be continued to August 22, 2013 at 9:00 a.m. The purpose of said continuance is to afford defense counsel additional time to prepare and to meet with Mr. Hossnieh.

DATED: July 16, 2013　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　defendant, Hossnieh

DATED: July 16, 2013　　　　　　　　　/s/ Lee Bickley, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　for the government

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is HEREBY ORDERED that the status conference concerning violation of supervised release shall be **continued to August 22, 2013 at 9:00 a.m.**, and that the previously scheduled status conference be vacated.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT