Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REZA HOSSNIEH,<br><br>Defendant | No. 2:08-cr-00271 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE REVOCATION OF SUPERVISED RELEASE |

A status conference is presently set on August 22, 2013 concerning revocation of supervised release. The parties hereby stipulate that the status conference be continued to September 26, 2013 at 9:00 a.m. The purpose of said continuance is to afford defense counsel additional time to prepare and to meet with Mr. Hossnieh.

DATED: August 20, 2013 /s/ Timothy E. Warriner, Attorney for defendant, Hossnieh

DATED: August 20, 2013 /s/ Lee Bickley, Assistant U.S. Attorney for the government

1

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the status conference concerning violation of supervised release, currently set for August 22, 2013, shall be vacated and **continued to September 26, 2013, at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Dated: August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT